1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
LURENZO WILLIAMS,                    ) Case No. CV 08-789 CBM(JC)
11
            Plaintiff,               ) ~~(PROPOSED)~~
12
       v.                            ) ORDER ADOPTING FINDINGS,
13                                   ) CONCLUSIONS, AND
GERARDO SERVIN,                      ) RECOMMENDATIONS OF UNITED
14                                   ) STATES MAGISTRATE JUDGE
            Defendant.               )
15  _____  )
16         Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records
17   herein, including the Report and Recommendation of United States Magistrate
18   Judge ("Report and Recommendation") and plaintiff's "Traverse to Magistrates
19   Recommendation Motion [and] Motion for Appointment of Counsel," which the
20   Court construes as plaintiff's objections to the Report and Recommendation
21   ("Objections"). The Court has further made a *de novo* determination of those
22   portions of the Report and Recommendation to which objection is made. The
23   Court concurs with and adopts the findings, conclusions, and recommendations of
24   the United States Magistrate Judge and overrules the Objections.
25         First, to the extent plaintiff implies that his claim is, in fact, exhausted but
26   he is unable to demonstrate as much because evidence of his "attempts to exhaust"
27   was "confiscated and [] destroyed" (Objections at 1-2), such a suggestion is belied
28   by the record. As noted in the Report and Recommendation, plaintiff essentially

conceded that he did not file a grievance, in part based on his contention (which the Magistrate Judge properly rejected) that exhaustion was not required in this case. (Report and Recommendation at 5-9).

Second, to the extent plaintiff is attempting to raise a new claim of retaliation under the First Amendment (*i.e.*, that plaintiff's materials demonstrating exhaustion were "confiscated and [] destroyed" at Men's Central Jail in retaliation for plaintiff's filing the Complaint in this action), the Court declines to consider such a new claim against individuals who are not parties to this action and has been raised for the first time in Objections to the Report and Recommendation. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

Finally, in light of the Court's dismissal of this action for lack of exhaustion, the appointment of counsel to assist plaintiff in litigating the merits of plaintiff's claim is not warranted.

IT IS ORDERED that (1) Plaintiff's Objections to the Report and Recommendation are overruled and his request for counsel denied; (2) the Motion for Summary Judgment or in the Alternative, Summary Adjudication of Issues is construed as an Unenumerated Fed. R. Civ. P. 12(b) Motion to Dismiss ("Motion") to the extent it is predicated upon plaintiff's failure to exhaust his administrative remedies; (3) construed as such, the Motion is granted; and (4) Judgment be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on counsel for defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 7/13/2011

_ce β ce_

HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

2