UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURENZO WILLIAMS, | Case No. 08-789 CBM(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| GERARDO SERVIN, | |
| Defendant. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 07/13/2011

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE